

**NUMBER 13-20-00370-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF R.J.V.R., A CHILD

---

**On appeal from the 377th District Court
of Victoria County, Texas.**

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

Appellant filed a notice of appeal on August 25, 2020, attempting to appeal an order of termination of appellant's parental rights. On August 25, 2020 and September 29, 2020, the clerk of this court informed appellant the notice of appeal was not timely filed. This defect has not been cured.

Accordingly, we ABATE the appeal and REMAND the cause to the trial court for further proceedings consistent with this order. Upon remand, the trial court shall determine whether appellant has abandoned this appeal; if not, the trial court shall

determine whether appellant is entitled to new court-appointed counsel. If the trial court determines that new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to new court-appointed counsel, it shall issue such findings.

The trial court shall further cause its findings and/or order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of fifteen days from the date of this order.[1]

It is so ordered.

PER CURIAM

Delivered and filed the
15th day of October, 2020.

---

[1] Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals and include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4. In accordance with the limited time for consideration of these appeals, this Court has expedited the time allowed to determine whether appellant has abandoned this appeal. *See id.*